**Carolyn R. MENSAH, Appellant**

v.

**UNITED STATES DEPARTMENT OF JUSTICE, National Crime Information Center***

---

(*Amended per Clerk's Order of 3/30/05).

No. 05–1872.

United States Court of Appeals, Third Circuit.

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) April 28, 2005.

Decided July 19, 2005.

Carolyn R. Allen–Mensah, Wyncote, PA, pro se.

Virginia R. Powel, Office of United States Attorney, Philadelphia, PA, for Appellee.

Before: ROTH, BARRY and SMITH, Circuit Judges.

OPINION

PER CURIAM.

Carolyn R. Mensah, proceeding *pro se* and *in forma pauperis,* filed suit against the United States Department of Justice National Crime Information Center, seeking to expunge any derogatory information or criminal record allegedly improperly registered under her name and the names of her sons. She claimed that, as a result of incorrect information recorded in the National Crime Information Center, the FBI and other agents of the government put her and her sons under surveillance, framed them for crimes they did not commit, and forced them to commit sex acts on Osprey pilots and others. She also alleged that she and her family members have suffered grievous harm from FBI-con-

trolled lasers and radio waves. In her complaint, and her complaint, and apparently included by reference on forms for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 that she filed at the same time as her complaint, Mensah also contended that her older son, either as a cat or as a person, has been detained in an undisclosed location by an FBI agent named O'Malley.

The District Court dismissed Mensah's action as frivolous. Mensah appeals.

We agree with the District Court that Mensah's claims against the National Crime Information Center are clearly baseless.[1] *Denton v. Hernandez,* 504 U.S. 25, 32–3, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992). Her appeal, therefore, must be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (2005).

---

1. She has waived any claims against an FBI agent named O'Malley by asserting that the National Crime Information Center was the sole defendant in her District Court suit.